**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 28 2026

FILED

| | | |
|---|---|---|
| TREVOR GRAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-205 |
| | * | |
| TRAVELERS PERSONAL INSURANCE COMPANY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on October 8, 2026, of the requirement to do so by the deadline of ten days after issuance of the notice. (See doc. 2.) Within seven days from the date of this Order, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email at mp@yourinsuranceattorney.com and by U.S. Mail at 3384 Peachtree Rd. NE, Suite 250, Atlanta, GA 30326.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA