**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 05 2026

FILED

| | | |
|---|---|---|
| TREVOR GRAY, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-205 |
| | * | |
| TRAVELERS PERSONAL INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

On October 13, 2026, the Court ordered Defendant to provide sufficient evidence that the jurisdictional amount is in controversy. (See doc. 3.) On October 27, Defendant submitted a Statement in Support of Amount in Controversy directing the Court to a letter attached as Exhibit B to Plaintiff's complaint.[1] (Doc. 5, at 2.) Defendant asserts that the letter shows Plaintiff is seeking $50,737.78 for the cost of repairs to his property, along with fifty percent of that amount in punitive damages, for a total of at least $76,106.67 in damages. (Id.) The "evidence combined

[1] The letter was not included along with Defendant's Notice of Removal or its accompanying exhibits, or with Defendant's Statement in Support of Amount in Controversy. (See docs. 1, 5.) However, the letter was attached as Exhibit B to the complaint Plaintiff filed in state court. See Columbia County Superior Court Docket, available at https://peachcourt.com, (use "Case Search;" select "Columbia County;" then search for 2026ECV1132, last visited November 4, 2026), Ex. A attached; see also United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994) (explaining a court may take judicial notice of another court's records to establish existence of ongoing litigation and related filings).

with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy. Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010). Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA